# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-201
Lower Tribunal No. 19-34890
_____

**William L. Ramos, Jr.,**
Appellant,

vs.

**Michael Halpern, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Law Office of Hugh J. Morgan, and Hugh J. Morgan; Steven M. Goldsmith, P.A., and Steven M. Goldsmith (Boca Raton), for appellant.

Waldman Barnett, P.L., and Glen H. Waldman and Marlon Weiss, for appellee.

Before EMAS, HENDON and BOKOR, JJ.

EMAS, J.

In related case 3D20-738, William L. Ramos, Jr. appealed the trial court's final judgment dismissing, with prejudice, his four-count amended complaint for failing to post a bond in accordance with the terms of a revocable trust agreement that formed the subject of the litigation. We held that the trial court erred in dismissing the complaint with prejudice, and further erred in dismissing Count Four at all. We reversed the final judgment, reinstated Count Four, and directed that the dismissal of Counts One, Two and Three be without prejudice. We remanded the cause to the trial court for further proceedings consistent with that opinion. See Ramos v. Halpern, 46 Fla. L. Weekly D2582 (Fla. 3d DCA December 1, 2021).

While that appeal was pending in this court, the trial court adjudicated Halpern's trailing motion for attorney's fees and costs, premised upon his status as the prevailing party. The trial court granted the motion and awarded attorney's fees and costs to Halpern, resulting in the order on appeal in the instant case.

Appellee Halpern properly and commendably concedes that, based upon our reversal of the trial court's final judgment of dismissal, we must likewise reverse the order awarding attorney's fees and costs. See Dooley & Mack Constructors, Inc., v. Buildtec Const. Grp., Inc., 983 So. 2d 1243

2

(Fla. 3d DCA 2008) (citing <u>Marty v. Bainter</u>, 727 So. 2d 1124 (Fla. 1st DCA 1999)).

We reverse the order awarding attorney's fees and costs and remand this cause for further proceedings.